# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 21, 2011

No. 10-11171
Conference Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JESUS SALAS, JR.,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:04-CR-72-1

Before JONES, Chief Judge, and STEWART and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Jesus Salas, Jr., presents arguments that he concedes are foreclosed by *United States v. Shabazz*, 633 F.3d 342, 345-46 (5th Cir. 2011), which held that the phrase "on any such revocation" in 18 U.S.C. § 3583(e)(3) does not impose an aggregate limit on imprisonment for revocation of supervised release but limits only the amount of imprisonment that may be imposed each time a court revokes a defendant's supervised release. He raises the arguments solely to preserve them for further review. The

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-11171

Government's motion for summary affirmance is GRANTED, its alternative motions to dismiss and for an extension of time to file a brief are DENIED, and the judgment of the district court is AFFIRMED.